FILED
10/13/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

United States District Court Eastern District of Virginia

United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:26-cv-03347-LMB-LRV

Name: Salman Ibrahim

Address: 803 Copper Creek Dr
Katy, TX 77450

Telephone Number: 281-777-3413

Email Address: salman_toc@yahoo.com

The undersigned:

- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: [signature] Date: 10/13/2026

Court Use Only:

The request is GRANTED ✓ *or* DENIED_____

10/14/26
(Date)

/s/ LMB
Leonie M. Brinkema
United States District Judge