FILED
10/17/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **SALMAN IBRAHIM,**<br><br>Plaintiff,<br><br>v.<br><br>**VALIANT INTEGRATED SERVICES,**<br><br>Defendant. | Case No. 1:26-cv-03347<br><br>**PRO SE NOTICE OF TYPOGRAPHICAL ERROR AND CORRECTED EMAIL ADDRESS** |

## PRO SE NOTICE OF TYPOGRAPHICAL ERROR AND CORRECTED EMAIL ADDRESS

Plaintiff, appearing *pro se* in the above-captioned matter, hereby respectfully submits this Notice of Typographical Error and Corrected Email Address to notify the Court and the Clerk's Office of an error in the electronic contact information currently listed on the docket.

It has come to Plaintiff's attention that Plaintiff's electronic mail address was inadvertently recorded on the court system with a hyphen instead of an underscore. Specifically, the email address is incorrectly listed as **salman-toc@yahoo.com**.

To ensure uninterrupted receipt of all official court notifications, electronic filings, and scheduling orders issued in this case, Plaintiff respectfully requests that the Clerk's Office correct the entry to reflect Plaintiff's accurate, active electronic mail address, which is:

**CORRECT EMAIL ADDRESS: salman_toc@yahoo.com**

Plaintiff requests that all future CM/ECF transmissions, automated orders, and correspondence regarding Case No. 1:26-cv-03347 be directed to this corrected address immediately to prevent any missed deadlines or service issues.

Dated: October 17, 2026

Respectfully submitted,

**Salman Ibrahim**, *Pro Se*